FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 1 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 23-1615 KWR |
| vs. | ) | Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| **ALEX JULIAN**, | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about October 25, 2022, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ALEX JULIAN**, an Indian, assaulted John Doe with a dangerous weapon, specifically, a knife, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 2

On or about October 25, 2022, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **ALEX JULIAN**, an Indian, assaulted John Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney
ecd 10/23/23