AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No.  CR 23-1615 WJ |
| ALEX JULIAN | ) |
|  | ) |
|  | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     ALEX JULIAN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1:  18 U.S.C. §§ 1153 and 113(a)(3):  Assault with a Dangerous Weapon;

Count 2:  18 U.S.C. §§ 1153 and 113(a)(6):  Assault Resulting in Serious Bodily Injury.


Date:     11/01/2023                                                                  *N. Maestas*
                                                                                         *Issuing officer's signature*

City and state:     Albuquerque, New Mexico                       Mitchell R. Elfers, Clerk of Court
                                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)*  11/02/2023 , and the person was arrested on *(date)*  11/06/2023
at *(city and state)*   Dulce, NM                           .

Date:  11/06/2023                                                                   *[signature]*
                                                                                         *Arresting officer's signature*

                                                                                         Special Agent Travis Kosir
                                                                                         *Printed name and title*